AOC-104 Doc. Code: CCCS
Rev. 12-20
Page 1 of 1

Commonwealth of Kentucky
Court of Justice www.kycourts.gov

# CIVIL CASE COVER SHEET

Case No. ____________
Court ____________
County Jefferson
Division ____________

James F. Johnson, III, et al. PLAINTIFF/PETITIONER

VS.

Omar N. Valenzuela Acosta, et al. DEFENDANT/RESPONDENT

☐ Check here if **YOU DO NOT HAVE AN ATTORNEY** and are **REPRESENTING YOURSELF** (a Self-Represented *[Pro Se]* Litigant)

**Nature of the Case:** Place an "X" to the left of the ***ONE*** case category that most accurately describes your ***PRIMARY CASE***. If you are making more than one type of claim, check the one that you consider most important.

**DOMESTIC RELATIONS**
- ☐ Dissolution/Divorce with Children
- ☐ Dissolution/Divorce without Children
- ☐ Paternity
- ☐ Custody
- ☐ URESA/UIFSA
- ☐ Visitation/Parenting Time
- ☐ Voluntary Termination of Parental Rights
- ☐ Involuntary Termination of Parental Rights
- ☐ Adoption
- ☐ Other: ____________

**PROBATE / ESTATE**
- ☐ Guardianship-Adult
- ☐ Guardianship-Juvenile
- ☐ Guardianship-Conservatorship
- ☐ Probate-Testate (with a will)
- ☐ Probate-Intestate (without a will)
- ☐ Petition to Dispense with Administration
- ☐ Name Change
- ☐ Other: ____________

**TORT** (Injury)
- ☒ Automobile
- ☐ Intentional
- ☐ Malpractice-Medical
- ☐ Malpractice-Other ____________
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Property Damage
- ☐ Slander/Libel/Defamation
- ☐ Other: ____________

**REAL PROPERTY**
- ☐ Property Rights
- ☐ Condemnation
- ☐ Forcible Detainer (Eviction)
- ☐ Forcible Entry
- ☐ Foreclosure
- ☐ Other: ____________

**BUSINESS / COMMERCIAL**
- ☐ Business Tort
- ☐ Statutory Action
- ☐ Business Contract Dispute
- ☐ Other: ____________

**CONSUMER**
- ☐ Automobile Loan
- ☐ Credit Card
- ☐ Sale-Purchase Consumer Goods
- ☐ Fraud
- ☐ Personal Loan
- ☐ Sale-Purchase Consumer Services
- ☐ Other: ____________

**APPEALS**
- ☐ Appeal from Administrative Agency
- ☐ Appeal from District Court
- ☐ Other: ____________

**MISC CIVIL**
- ☐ Habeas Corpus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Tax
- ☐ Writs
- ☐ Other: ____________

**EMPLOYMENT**
- ☐ Employment-Discrimination
- ☐ Employment-Other ____________

Print Reset Form

ADB0FA65-3844-405F-80B1-577A835A7BB8 : 000001 of 000020
Presiding Judge: HON. OLU A. STEVENS (630305)
CCCS : 000001 of 000001

Filed 21-CI-001707 03/19/2021 David L. Nicholson, Jefferson Circuit Clerk

**NO. ____________________**

**JEFFERSON CIRCUIT COURT**
**DIVISION _____**
**JUDGE ______________________**

***-Filed Electronically-***

**JAMES F. JOHNSON, III**

**-and-**

**J.J., a minor by and through his father, guardian, and next friend, JAMES F. JOHNSON, III**

**-and-**

**D.J., a minor by and through his father, guardian, and next friend, JAMES F. JOHNSON, III**

**-and-**

**S.J., a minor by and through his father, guardian, and next friend, JAMES F. JOHNSON, III** **PLAINTIFFS**

**v.** **COMPLAINT**

**OMAR N. VALENZUELA ACOSTA**
**Serve By:** **Kentucky Secretary of State**
**Summons Branch**
**700 Capital Ave., Ste. 86**
**Frankfort, KY 40601**

**Serve: Omar N. Valenzuela Acosta**
**3135 97th Place, Apt. 31**
**Highland, Indiana 46322**

**-and-**

**MACER TRANSPORTATION, INC.** **DEFENDANTS**
**Serve By:** **Kentucky Secretary of State**
**Summons Branch**
**700 Capital Ave., Ste. 86**
**Frankfort, KY 40601**

**Serve: Victor Macias**
**600 Van Burean Street**
**Hobart, Indiana 46342**

ADB0FA65-3844-405F-80B1-577A835A7BB8 : 000012 of 000020
Presiding Judge: HON. OLU A. STEVENS (630305)
COM : 000001 of 000005

Filed 21-CI-001707 03/19/2021 David L. Nicholson, Jefferson Circuit Clerk

***************

The Plaintiffs, James Johnson, III ("James"), J.J., a minor by and through his father, natural guardian, and next friend, James Johnson, III ("J.J."), D.J., a minor by and through his father, natural guardian, and next friend, James Johnson, III ("D.J."), and S.J., a minor by and through his father, natural guardian, and next friend, James Johnson, III ("S.J."), by and through counsel, and for their Complaint against the Defendants, Omar N. Valenzuela Acosta and Macer Transportation, Inc., states as follows:

1. James is, and at all times relevant hereto, was a resident of Henry County, Kentucky.

2. J.J. is, and at all times relevant hereto, was a resident of Henry County, Kentucky.

3. D.J. is, and at all times relevant hereto, was a resident of Henry County, Kentucky.

4. S.J. is, and at all times relevant hereto, was a resident of Henry County, Kentucky.

5. Upon information and belief, Defendant Omar N. Valenzuela Acosta is, and at all times relevant hereto has been, a citizen and resident of Lake County, Indiana.

6. Defendant Macer Transportation, Inc., is and at all times relevant hereto was, a foreign corporation authorized to do, and doing, business in the Commonwealth of Kentucky.

7. The motor vehicle accident, which forms the basis of this action, occurred on May 29, 2019 in Louisville, Jefferson County, Kentucky, the Plaintiffs damages are in excess of the jurisdictional limits of this Court, and this Court therefore has venue and jurisdiction over this case.

8. Plaintiffs have incurred damages in the form of medical expenses that are well in excess of the minimal threshold requirements of KRS 304.39 et seq.

ADB0FA65-3844-405F-80B1-577A835A7BB8 : 000013 of 000020
Presiding Judge: HON. OLU A. STEVENS (630305)
COM : 000002 of 000005

Filed 21-CI-001707 03/19/2021 David L. Nicholson, Jefferson Circuit Clerk

9. On or about May 29, 2019, James was the driver of a motor vehicle involved in an automobile collision in Jefferson County, Kentucky caused by Defendant Omar N. Valenzuela Acosta's negligent and careless conduct in the ownership and/or operation of a motor vehicle.

10. On or about May 29, 2019, J.J. was the passenger of a motor vehicle involved in an automobile collision in Jefferson County, Kentucky caused by Defendant Omar N. Valenzuela Acosta's negligent and careless conduct in the ownership and/or operation of a motor vehicle.

11. On or about May 29, 2019, D.J. was the passenger of a motor vehicle involved in an automobile collision in Jefferson County, Kentucky caused by Defendant Omar N. Valenzuela Acosta's negligent and careless conduct in the ownership and/or operation of a motor vehicle.

12. On or about May 29, 2019, S.J. was the passenger of a motor vehicle involved in an automobile collision in Jefferson County, Kentucky caused by Defendant Omar N. Valenzuela Acosta's negligent and careless conduct in the ownership and/or operation of a motor vehicle.

13. The May 29, 2019 car crash was entirely the fault of Defendant Omar N. Valenzuela Acosta, who at the time of the crash was acting negligently, was failing to exercise reasonable care, and/or was not acting reasonably.

14. Defendant Omar N. Valenzuela Acosta was negligent in the operation of the motor vehicle on May 29, 2019, and said negligence was the sole cause of the car crash and Plaintiffs' injuries.

15. At the time of the car crash, Omar N. Valenzuela Acosta was an employee, agent, or servant of Defendant Macer Transportation, Inc.

16. At the time of the car crash, Omar N. Valenzuela Acosta was acting within the course and scope of his employment with Defendant Macer Transportation, Inc.

ADB0FA65-3844-405F-80B1-577A835A7BB8 : 000014 of 000020
Presiding Judge: HON. OLU A. STEVENS (630305)
COM : 000003 of 000005

17. Defendant Macer Transportation, Inc. is vicariously liable for the actions of its agents, employees, and/or servants, which include but are not limited to Omar N. Valenzuela Acosta.

18. Defendant Macer Transportation, Inc. negligently hired, trained, supervised, and/or retained Omar N. Valenzuela Acosta, and said negligence was gross, wanton, and reckless.

19. As a direct and proximate result of the aforementioned negligent and careless conduct of Defendant Omar N. Valenzuela Acosta and Defendant Macer Transportation, Inc., the Plaintiffs incurred in the past and/or will continue to incur in the future bodily injuries, medical expenses, lost wages, and mental and physical pain and suffering.

WHEREFORE, the Plaintiffs demands as follows:

1. For Judgment against the Defendants, awarding damages in an amount to be determined at trial;
2. For a trial by jury on all issues so triable;
3. For Plaintiffs' costs expended herein;
4. For any pre- or post-judgment interest to which Plaintiffs is entitled; and
5. For any and all other relief to which Plaintiffs may appear entitled.

Respectfully submitted,

A. Nicholas Naiser
NAISER LAW OFFICE
600 West Main Street, Suite 500
Louisville, Kentucky 40202
(502) 882-5183
(502) 882-5167 – Facsimile
nick@naiserlaw.com

By: /s/ A. Nicholas Naiser
A. Nicholas Naiser

Presiding Judge: HON. OLU A. STEVENS (630305)
ADB0FA65-3844-405F-80B1-577A835A7BB8 : 000015 of 000020
COM : 000004 of 000005

Filed 21-CI-001707 03/19/2021 David L. Nicholson, Jefferson Circuit Clerk

**CERTIFICATE OF SERVICE**

This will certify that a true copy of the foregoing has been filed electronically on March 19, 2021 with service of process to be effectuated by the Court Clerk on the agents for service of process listed above.

/s/ A. Nicholas Naiser
A. Nicholas Naiser

It is further certified that a copy of the foregoing pleading was served via Certified U.S. Mail on this 19th day of March, 2021. The following parties are hereby notified that they are parties which may take the position that they hold a lien or subrogation interest in the proceeds of this action. Pursuant to KRS 411.188, this shall serve as notification by certified mail that these parties may hold such a lien or subrogation interest, and that the failure to assert subrogation rights by intervention pursuant to Kentucky Civil Rule 24 will result in a loss of those rights with respect to any final award received by the plaintiff as a result of the action. This pleading shall serve as a certified list filed with the Court that the following parties were notified pursuant to KRS 411.188:

Anthem Blue Cross and Blue Shield
Attn: Cathy Miller
P.O. Box 659940
San Antonio, TX 78265

/s/ A. Nicholas Naiser
A. Nicholas Naiser

ADB0FA65-3844-405F-80B1-577A835A7BB8 : 000016 of 000020

Presiding Judge: HON. OLU A. STEVENS (630305)

COM : 000005 of 000005

Filed 21-CI-001707 03/19/2021 David L. Nicholson, Jefferson Circuit Clerk



AOC-E-105 Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice *Courts.ky.gov*

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

Case #: **21-CI-001707**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

*Plantiff,* **JOHNSON, III, JAMES F. ET AL VS. VALENZUELA ACOSTA, OMAR N.**, *Defendant*

TO: **OMAR N. VALENZUELA ACOSTA**
**3135 97TH PLACE**
**APARTMENT 31**
**HIGHLAND, IN 46322**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

David L. Nicholson
Jefferson Circuit Clerk
Date: **3/19/2021**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ____________________, 20______

______________________________
Served By

______________________________
Title

Summons ID: @00000970151
CIRCUIT: 21-CI-001707 Long Arm Statute – SOS - Restricted Delivery
JOHNSON, III, JAMES F. ET AL VS. VALENZUELA ACOSTA, OMAR N.

eFiled

ADB0FA65-3844-405F-80B1-577A835A7BB8 : 000017 of 000020
Presiding Judge: HON. OLU A. STEVENS (630305)
CI : 000001 of 000001

AOC-E-105 Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice *Courts.ky.gov*

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

Case #: **21-CI-001707**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

*Plantiff,* **JOHNSON, III, JAMES F. ET AL VS. VALENZUELA ACOSTA, OMAR N.**, *Defendant*

TO: **MACER TRANSPORTATION, INC.**
**7800 MELTON ROAD**
**GARY, IN 46403**

Memo: Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Jefferson Circuit Clerk
Date: **3/19/2021**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ________________, 20______

______________________________
Served By

______________________________
Title

Summons ID: @00000970152
CIRCUIT: 21-CI-001707 Long Arm Statute – Secretary of State
JOHNSON, III, JAMES F. ET AL VS. VALENZUELA ACOSTA, OMAR N.

eFiled

ADB0FA65-3844-405F-80B1-577A835A7BB8 : 000018 of 000020
Presiding Judge: HON. OLU A. STEVENS (630305)
CI : 000001 of 000001

AOC-E-105 Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice *Courts.ky.gov*

CR 4.02; Cr Official Form 1




# CIVIL SUMMONS

Case #: **21-CI-001707**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

*Plantiff,* **JOHNSON, III, JAMES F. ET AL VS. VALENZUELA ACOSTA, OMAR N.**, *Defendant*

TO: **VICTOR MACIAS**
**600 VAN BUREAN STREET**
**HOBART, IN 46342**

Memo: Related party is MACER TRANSPORTATION, INC.

The Commonwealth of Kentucky to Defendant:
**MACER TRANSPORTATION, INC.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Davis L. Nicholson
Jefferson Circuit Clerk
Date: **3/19/2021**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ________________, 20______ ______________________________
Served By

______________________________
Title

Summons ID: @00000970153
CIRCUIT: 21-CI-001707 Certified Mail
JOHNSON, III, JAMES F. ET AL VS. VALENZUELA ACOSTA, OMAR N.





eFiled

ADB0FA65-3844-405F-80B1-577A835A7BB8 : 000019 of 000020
Presiding Judge: HON. OLU A. STEVENS (630305)
CI : 000001 of 000001



**Commonwealth of Kentucky**

**David L. Nicholson, Jefferson Circuit Clerk**

**Case #:** 21-CI-001707 **Envelope #:** 3298071

**Received From:** ALBERT NAISER **Account Of:** ALBERT NAISER

**Case Title:** JOHNSON, III, JAMES F. ET AL VS. VALENZUEI ACOSTA, OMAR N. **Confirmation Number:** 122403579

**Filed On** 3/19/2021 4:45:16PM

| # | Item Description | Amount |
|---|---|---|
| 1 | Access To Justice Fee | $20.00 |
| 2 | Civil Filing Fee | $150.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Library Fee | $3.00 |
| 5 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 6 | Charges For Services(Jury Demand / 12) | $70.00 |
| 7 | Money Collected For Others(Postage) | $13.00 |
| 8 | Charges For Services(Copy - Photocopy) | $1.80 |
| 9 | Money Collected For Others(Postage) | $13.60 |
| 10 | Money Collected For Others(Secretary of State) | $10.00 |
| 11 | Charges For Services(Copy - Photocopy) | $3.60 |
| 12 | Charges For Services(Attestation) | $0.50 |
| 13 | Money Collected For Others(Postage) | $13.60 |
| 14 | Money Collected For Others(Secretary of State) | $15.55 |
| 15 | Charges For Services(Copy - Photocopy) | $3.60 |
| 16 | Charges For Services(Attestation) | $0.50 |
| | **TOTAL:** | $343.75 |

Generated: 3/22/2021

ADB0FA65-3844-405F-80B1-577A835A7BB8 : 000020 of 000020

**NO. ____________________**

**JEFFERSON CIRCUIT COURT**
**DIVISION ______**
**JUDGE ______________________**

***-Filed Electronically-***

**JAMES F. JOHNSON, III, *et al.*** **PLAINTIFFS**

**V.**

**PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANT OMAR N. VALENZUELA ACOSTA**

**OMAR N. VALENZUELA ACOSTA, *et. al.*** **DEFENDANTS**

The Plaintiffs, James Johnson, III ("James"), J.J., a minor by and through his father, natural guardian, and next friend, James Johnson, III ("J.J."), D.J., a minor by and through his father, natural guardian, and next friend, James Johnson, III ("D.J."), and S.J., a minor by and through his father, natural guardian, and next friend, James Johnson, III ("S.J."), by and through counsel, and for their First Set of Requests for Admission, Interrogatories and Requests for Production of Documents propounded to Defendant Omar N. Valenzuela Acosta, states as follows:

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Admit that Omar N. Valenzuela Acosta was acting within the course and scope of his employment with Defendant Macer Transportation, Inc. on May 29, 2019 when he was involved in a car crash with Plaintiffs.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 2:** Admit that Macer Transportation, Inc. is vicariously liable for the conduct of Omar N. Valenzuela Acosta as it relates to the May 29, 2019 car crash involving Plaintiffs.

**RESPONSE:**

ADB0FA65-3844-405F-80B1-577A835A7BB8 : 000002 of 000020
Presiding Judge: HON. OLU A. STEVENS (630305)
IRPD : 000001 of 000005

ADB0FA65-3844-405F-80B1-577A835A7BB8 : 000003 of 000020
Presiding Judge: HON. OLU A. STEVENS (630305)
IRPD : 000002 of 000005

**INTERROGATORIES**

**INTERROGATORY NO. 1**: State the name, present address, social security number, date of birth, occupation, and current employer, of each and every person assisting in preparation of answers to these Interrogatories and Requests for Production of Documents.

**ANSWER**:

**INTERROGATORY NO. 2**: Please state the full legal name of the employer(s) of Omar N. Valenzuela Acosta on May 29, 2019.

**ANSWER**:

**INTERROGATORY NO. 3**: Please state whether Omar N. Valenzuela Acosta was acting within the course and scope of his employment with any of the employers identified in the preceding interrogatory on May 29, 2019 when he was involved in a car crash with James, J.J., D.J., and S.J.. If so, please identify the employer(s) for which Omar N. Valenzuela Acosta was acting within the course and scope of his employment at that time.

**ANSWER**:

**INTERROGATORY NO. 4:** If Omar N. Valenzuela Acosta was not acting within the scope and course of his employment with any of the employers identified in interrogatory No. 2 at the time of the May 29, 2019 car crash that is the subject of this litigation, set forth each and every fact upon which you rely to base your claim and the name, address and employer of each and every person who has knowledge of such information.

**ANSWER:**

**INTERROGATORY NO. 5**: With reference to any liability insurance company that may provide coverage to any of the employers identified in interrogatory No. 2 or the

ADB0FA65-3844-405F-80B1-577A835A7BB8 : 000004 of 000020

Presiding Judge: HON. OLU A. STEVENS (630305)

IRPD : 000003 of 000005

vehicle being driven by Omar N. Valenzuela Acosta at the time of the May 29, 2019 car crash or otherwise to Defendants for the claims asserted by Plaintiffs in this case, state the following:

(a) The name and address of the insurance company;

(b) The policy number and the policy limits provided;

(c) The amount of any deductible;

(d) If more than one policy, the above information as to each and all policies that may be applicable in this case;

(e) Has any insurance company ever raised any questions about policy coverage? (If so, state the question raised and the present status of the same);

(f) Are there any additional types of insurance or any additional insurance policies that may provide coverage to any of the employers identified in interrogatory No. 2 or the vehicle being driven by Omar N. Valenzuela Acosta at the time of the May 29, 2019 car crash or otherwise to Defendants for the claims asserted by Plaintiffs in this case, including but not limited to an excess insurance policy, a secondary insurance policy, a commercial general liability policy, an umbrella insurance policy, a personal insurance policy, a homeowners' insurance policy, and/or a farm owner's insurance policy which may be applicable? If so, please provide the information in bullet points for

**ANSWER**:

**INTERROGATORY NO. 6:** If you contend that any other entity or person, a party to or not a party to, this lawsuit, was responsible for Plaintiff's injuries, identify such person, persons or entities, and give a concise statement of the facts upon which you rely.

**ANSWER:**

Filed 21-CI-001707 03/19/2021 David L. Nicholson, Jefferson Circuit Clerk

**REQUESTS FOR PRODUCTION OF DOCUMENTS**

**REQUEST FOR PRODUCTION NO. 1**: Produce any and all insurance agreements or policies under which any person or entity carrying on an insurance business may be liable to satisfy part or all of a judgment that may be rendered in this action or to indemnify or reimburse for payments made to satisfy the judgment, including, but not limited to, any liability insurance policy covering Defendant Macer Transportation, Inc. or the vehicle being driven by Omar N. Valenzuela Acosta at any time on May 29, 2019. THIS REQUEST INCLUDES, BUT IS NOT LIMITED TO, A REQUEST FOR ANY CERTIFIED DECLARATION PAGE FOR ANY APPLICABLE INSURANCE COVERAGE AS WELL AS A CERTIFIED COPY OF THE SUBJECT POLICY.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 2**: Please produce a copy of any and all documents used to ascertain your response to Interrogatory Nos. 2, 3, 4, or 6.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 3**: To the extent your responses to any of the above Requests for Admission are anything other than unqualified admissions, please produce any documentation reflecting your responses, denials, or partial denials.

**RESPONSE**:

Submitted by:

/s/ A. Nicholas Naiser
A. Nicholas Naiser,
NAISER LAW OFFICE
600 West Main Street, Suite 500
Louisville, KY 40202
(502) 882-5183
*Attorney for Plaintiffs*

Filed 21-CI-001707 03/19/2021 David L. Nicholson, Jefferson Circuit Clerk

ADB0FA65-3844-405F-80B1-577A835A7BB8 : 000005 of 000020
Presiding Judge: HON. OLU A. STEVENS (630305)
IRPD : 000004 of 000005

Filed 21-CI-001707 03/19/2021 David L. Nicholson, Jefferson Circuit Clerk

ADB0FA65-3844-405F-80B1-577A835A7BB8 : 000006 of 000020
Presiding Judge: HON. OLU A. STEVENS (630305)
IRPD : 000005 of 000005

**CERTIFICATE OF SERVICE**

This will certify that a true copy of the foregoing has been forwarded via U.S. Mail to the agents for service of process identified on the Complaint on the day the Complaint was served.

/s/ A. Nicholas Naiser
A. Nicholas Naiser

5

Filed 21-CI-001707 03/19/2021 David L. Nicholson, Jefferson Circuit Clerk

Filed 21-CI-001707 04/15/2021 David L. Nicholson, Jefferson Circuit Clerk

NO. 21-CI-001707

JEFFERSON CIRCUIT COURT
DIVISION NO. 6
JUDGE OLU A. STEVENS

JAMES F. JOHNSON, III and J.J., a minor by and through His father, guardian, and next friend, JAMES F. JOHNSON, III And D.J., a minor by and through his father, guardian, and Next friend, JAMES F. JOHNSON, III and S.J., a minor by And through his father, guardian, and next friend, JAMES F. JOHNSON, III

PLAINTIFFS

v.

ANSWER TO COMPLAINT
***Electronically Filed***

OMAR N. VALENZUELA ACOSTA and MACER TRANSPORTATION, INC.

DEFENDANTS

*******

Comes the Defendant, Macer Transportation, Inc., by counsel, and for its answer to Plaintiffs' complaint, states as follows:

FIRST DEFENSE

The complaint should be dismissed for failure to state a claim upon which relief may be granted.

SECOND DEFENSE

The complaint may be barred by the applicable statute of limitations, depending upon the actual date of the subject accident, the accrual date of Plaintiffs' cause of action, and all other relevant statutory and common law.

THIRD DEFENSE

1. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in numbered paragraphs 1, 2, 3, 4 and 5 of the complaint, and therefore denies same.

CB19BE30-BC5D-4EC4-9CD2-5F819F170181 : 000001 of 000009
ANS : 000001 of 000005

Filed 21-CI-001707 04/15/2021 David L. Nicholson, Jefferson Circuit Clerk

Filed            21-CI-001707      04/15/2021      David L. Nicholson, Jefferson Circuit Clerk

2.      Defendant admits the allegations contained in numbered paragraph 6 of the complaint.

3.      Defendant is without sufficient information or knowledge to admit or deny the allegations contained in numbered paragraphs 7 and 8 of the complaint, and therefore denies same.  Defendant does not answer to the statements of law contained within said paragraphs in that the Court is the only authority for the applicable law in this case, and such law shall speak for itself.

4.      Defendant denies any allegations or implications of negligence in numbered paragraphs 9, 10, 11, 12, 13, and 14 of the complaint.  Defendant does not answer to the statements of law contained within said paragraphs in that the Court is the only authority for the applicable law in this case, and such law shall speak for itself. Defendant is without sufficient information or knowledge to admit or deny the remaining allegations of said paragraphs as to the cause, nature, extent and duration of claimed damages and injuries, if any, and therefore Defendant denies same.

5.      Defendant admits that on or about May 29, 2019, Defendant Acosta was operating a motor vehicle on behalf of Defendant Macer Transportation, Inc. and for its benefit and at its direction as alleged in numbered paragraphs 15 and 16 of the complaint. Defendant does not answer to the statement of law contained within said paragraphs in that the Court is the only authority for the applicable law in this case, and such law shall speak for itself.

6.      Defendant denies any allegations or implications of negligence in numbered paragraphs 17, 18, and 19 of the complaint.  Defendant is without sufficient information or knowledge to admit or deny the remaining allegations of said paragraphs, and therefore

CB19BE30-BC5D-4EC4-9CD2-5F819F170181 : 000002 of 000009

ANS : 000002 of 000005

Filed            21-CI-001707      04/15/2021      David L. Nicholson, Jefferson Circuit Clerk

denies same. Defendant does not answer to the statements of law contained within said paragraphs in that the Court is the only authority for the applicable law in this case, and such law shall speak for itself.

FOURTH DEFENSE

Defendant affirmatively states that if on the date and occasion complained of, the subject accident and Plaintiffs' claimed injuries and damages, if any, were caused and brought about in whole or in part by the negligence of any of the Plaintiffs, Defendant relies upon same as a complete or partial bar to Plaintiffs' complaint.

FIFTH DEFENSE

Defendant affirmatively states that if on the date and occasion complained of, the subject accident and Plaintiffs' claimed injuries and damages, if any, were caused and brought about in whole or in part by the negligence of a third-party, named or unnamed in the complaint, Defendant relies upon same as a complete or partial bar to Plaintiffs' complaint.

SIXTH DEFENSE

Defendant affirmatively states that if on the date and occasion complained of, the subject accident and Plaintiff's claimed injuries and damages, if any, were caused and brought about in whole or in part by an act of God, Defendant relies upon same as a complete or partial bar to Plaintiffs' complaint.

SEVENTH DEFENSE

Defendant affirmatively states that if on the date and occasion complained of, the subject accident and Plaintiffs' claimed injuries and damages, if any, were caused and

CB19BE30-BC5D-4EC4-9CD2-5F819F170181 : 000003 of 000009
ANS : 000003 of 000005

Filed 21-CI-001707 04/15/2021 David L. Nicholson, Jefferson Circuit Clerk

brought about by an intervening and superseding cause of which this Defendant had no control, Defendant relies upon same as a complete bar to Plaintiffs' complaint.

EIGHTH DEFENSE

Defendant affirmatively relies upon all applicable provisions of Kentucky's Motor Vehicle Reparations Act (K.R.S. 304.39-010, *et seq*.) as a complete bar to those relevant portions of Plaintiffs' complaint.

NINTH DEFENSE

Defendant affirmatively states that to the extent that Plaintiffs' medical expenses and lost wages have been paid or are payable by Plaintiffs' basic reparations benefits carrier, the cause of action for recovery of such damage belongs to such carrier, and Defendant relies upon same as a complete bar to those relevant portions of Plaintiffs' claim.

TENTH DEFENSE

Defendant affirmatively states that to the extent that Plaintiffs have failed to mitigate their damages, Defendant relies upon same as a complete bar to those portions of Plaintiffs' claims caused by such failure.

ELEVENTH DEFENSE

Defendant affirmatively relies upon all defenses permitted pursuant to Kentucky's Rules of Civil Procedure 8.03 and 12.02 as complete bars to those relevant portions of Plaintiffs' claims.

WHEREFORE, Defendant moves for a dismissal of the complaint against it, for its costs incurred herein, and for any and all other relief to which it may appear entitled.

CB19BE30-BC5D-4EC4-9CD2-5F819F170181 : 000004 of 000009
ANS : 000004 of 000005

Respectfully submitted,

DANIEL E. MURNER (No. 82715)
ELIZABETH WINCHELL (No. 92088)
LACEY FIORELLA (No. 92006)
LANDRUM & SHOUSE LLP
P. O. Box 951
Lexington, KY 40588-0951
Telephone: (859) 255-2424

BY: /s/Daniel E. Murner
COUNSEL FOR DEFENDANT, MACER TRANSPORTATION, INC.

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2021, the foregoing document was electronically filed with the Clerk of this Court using the KY eCourts eFiling system, which will send notification of such filing to the following:

Daniel E. Murner (dmurner@landrumshouse.com)
Elizabeth Winchell (ewinchell@landrumshouse.com)
Lacey Fiorella (lfiorella@landrumshouse.com)
*Counsel for Defendants*

I further certify that I mailed this document U.S. mail, first class, postage prepaid, to the following:

A. Nicholas Naiser (nick@naiserlaw.com)
NAISER LAW OFFICE
600 West Main Street, Suite 500
Louisville, KY 40202
*Counsel for Plaintiff*

BY: /s/Daniel E. Murner
COUNSEL FOR DEFENDANT, MACER TRANSPORTATION, INC.

CB19BE30-BC5D-4EC4-9CD2-5F819F170181 : 000005 of 000009

ANS : 000005 of 000005

NO. 21-CI-001707

JEFFERSON CIRCUIT COURT
DIVISION NO. 6
JUDGE OLU A. STEVENS

JAMES F. JOHNSON, III and J.J., a minor by and through His father, guardian, and next friend, JAMES F. JOHNSON, III And D.J., a minor by and through his father, guardian, and Next friend, JAMES F. JOHNSON, III and S.J., a minor by And through his father, guardian, and next friend, JAMES F. JOHNSON, III — PLAINTIFFS

v.

NOTICE OF ELECTION OF ELECTRONIC SERVICE
***Electronically Filed***

OMAR N. VALENZUELA ACOSTA and MACER TRANSPORTATION, INC. — DEFENDANTS

*******

Come the Defendants, Omar N. Valenzuela Acosta and Macer Transportation, Inc., by counsel, and pursuant to CR 5.02(2), elect to "effectuate and receive service via electronic means." The electronic notification addresses at which the undersigned attorneys agree to accept service are listed below. Please include all e-mail addresses below to assure receipt of service.

dmurner@landrumshouse.com
ewinchell@landrumshouse.com
lfiorella@landrumshouse.com
cames@landrumshouse.com
tbarkley@landrumshouse.com

Please provide, in accordance with said rule, the electronic notification address at which counsel may be served.

CB19BE30-BC5D-4EC4-9CD2-5F819F170181 : 000006 of 000009

NO : 000001 of 000002

Filed 21-CI-001707 04/15/2021 David L. Nicholson, Jefferson Circuit Clerk

Respectfully submitted,

DANIEL E. MURNER (No. 82715)
ELIZABETH WINCHELL (No. 92088)
LACEY FIORELLA (No. 92006)
LANDRUM & SHOUSE LLP
P. O. Box 951
Lexington, KY 40588-0951
Telephone: (859) 255-2424

BY: /s/Daniel E. Murner
COUNSEL FOR DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2021, the foregoing document was electronically filed with the Clerk of this Court using the KY eCourts eFiling system, which will send notification of such filing to the following:

Daniel E. Murner (dmurner@landrumshouse.com)
Elizabeth Winchell (ewinchell@landrumshouse.com)
Lacey Fiorella (lfiorella@landrumshouse.com)
*Counsel for Defendants*

I further certify that I mailed this document U.S. mail, first class, postage prepaid, to the following:

A. Nicholas Naiser (nick@naiserlaw.com)
NAISER LAW OFFICE
600 West Main Street, Suite 500
Louisville, KY 40202
*Counsel for Plaintiff*

BY: /s/Daniel E. Murner
COUNSEL FOR DEFENDANTS

CB19BE30-BC5D-4EC4-9CD2-5F819F170181 : 000007 of 000009
NO : 000002 of 000002

Filed 21-CI-001707 04/15/2021 David L. Nicholson, Jefferson Circuit Clerk

NO. 21-CI-001707

JEFFERSON CIRCUIT COURT
DIVISION NO. 6
JUDGE OLU A. STEVENS

JAMES F. JOHNSON, III and J.J., a minor by and through His father, guardian, and next friend, JAMES F. JOHNSON, III And D.J., a minor by and through his father, guardian, and Next friend, JAMES F. JOHNSON, III and S.J., a minor by And through his father, guardian, and next friend, JAMES F. JOHNSON, III

PLAINTIFFS

v.

NOTICE OF SERVICE OF DISCOVERY
***Electronically Filed***

OMAR N. VALENZUELA ACOSTA and MACER TRANSPORTATION, INC.

DEFENDANTS

*******

Defendant, Macer Transportation, Inc., hereby gives notice of service of interrogatories and requests for production of documents to Plaintiffs under CR 33 and CR 34 on April 15, 2021.

Respectfully submitted,

DANIEL E. MURNER (No. 82715)
ELIZABETH WINCHELL (No. 92088)
LACEY FIORELLA (No. 92006)
LANDRUM & SHOUSE LLP
P. O. Box 951
Lexington, KY 40588-0951
Telephone: (859) 255-2424

BY: /s/Daniel E. Murner
COUNSEL FOR DEFENDANTS

CB19BE30-BC5D-4EC4-9CD2-5F819F170181 : 000008 of 000009

SON : 000001 of 000002

CB19BE30-BC5D-4EC4-9CD2-5F819F170181 : 000009 of 000009

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2021, the foregoing document was electronically filed with the Clerk of this Court using the KY eCourts eFiling system, which will send notification of such filing to the following:

Daniel E. Murner (dmurner@landrumshouse.com)
Elizabeth Winchell (ewinchell@landrumshouse.com)
Lacey Fiorella (lfiorella@landrumshouse.com)
*Counsel for Defendants*

I further certify that I mailed this document U.S. mail, first class, postage prepaid, to the following:

A. Nicholas Naiser (nick@naiserlaw.com)
NAISER LAW OFFICE
600 West Main Street, Suite 500
Louisville, KY 40202
*Counsel for Plaintiff*

BY: /s/Daniel E. Murner
COUNSEL FOR DEFENDANTS

SON : 000002 of 000002

70089F78-A6D1-4078-98C7-DC760C79978C : 000001 of 000005

NO. 21-CI-001707

JEFFERSON CIRCUIT COURT
DIVISION NO. 6
JUDGE OLU A. STEVENS

JAMES F. JOHNSON, III and J.J., a minor by and through His father, guardian, and next friend, JAMES F. JOHNSON, III And D.J., a minor by and through his father, guardian, and Next friend, JAMES F. JOHNSON, III and S.J., a minor by And through his father, guardian, and next friend, JAMES F. JOHNSON, III

PLAINTIFFS

v.

ANSWER TO COMPLAINT
***Electronically Filed***

OMAR N. VALENZUELA ACOSTA and
MACER TRANSPORTATION, INC.

DEFENDANTS

*******

Comes the Defendant, Omar N. Valenzuela Acosta, by counsel, and for his answer to Plaintiffs' complaint, states as follows:

FIRST DEFENSE

The complaint should be dismissed for failure to state a claim upon which relief may be granted.

SECOND DEFENSE

The complaint may be barred by the applicable statute of limitations, depending upon the actual date of the subject accident, the accrual date of Plaintiffs' cause of action, and all other relevant statutory and common law.

THIRD DEFENSE

1. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in numbered paragraphs 1, 2, 3, and 4 of the complaint, and therefore denies same.

70089F78-A6D1-4078-98C7-DC760C79978C : 000002 of 000005

2. Defendant denies the allegations contained in numbered paragraph 5 of the complaint. Defendant does not answer to the statements of law contained within said paragraph in that the Court is the only authority for the applicable law in this case, and such law shall speak for itself.

3. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in numbered paragraphs 6, 7 and 8 of the complaint, and therefore denies same. Defendant does not answer to the statements of law contained within said paragraphs in that the Court is the only authority for the applicable law in this case, and such law shall speak for itself.

4. Defendant denies any allegations or implications of negligence in numbered paragraphs 9, 10, 11, 12, 13, and 14 of the complaint. Defendant does not answer to the statements of law contained within said paragraphs in that the Court is the only authority for the applicable law in this case, and such law shall speak for itself. Defendant is without sufficient information or knowledge to admit or deny the remaining allegations of said paragraphs as to the cause, nature, extent and duration of claimed damages and injuries, if any, and therefore Defendant denies same.

5. Defendant admits that on or about May 29, 2019, Defendant Acosta was operating a motor vehicle on behalf of Defendant Macer Transportation, Inc. and for its benefit and at its direction as alleged in numbered paragraphs 15 and 16 of the complaint. Defendant does not answer to the statement of law contained within said paragraphs in that the Court is the only authority for the applicable law in this case, and such law shall speak for itself.

70089F78-A6D1-4078-98C7-DC760C79978C : 000003 of 000005

6. Defendant denies any allegations or implications of negligence in numbered paragraphs 17, 18, and 19 of the complaint. Defendant is without sufficient information or knowledge to admit or deny the remaining allegations of said paragraphs, and therefore denies same. Defendant does not answer to the statements of law contained within said paragraphs in that the Court is the only authority for the applicable law in this case, and such law shall speak for itself.

FOURTH DEFENSE

Defendant affirmatively states that if on the date and occasion complained of, the subject accident and Plaintiffs' claimed injuries and damages, if any, were caused and brought about in whole or in part by the negligence of any of the Plaintiffs, Defendant relies upon same as a complete or partial bar to Plaintiffs' complaint.

FIFTH DEFENSE

Defendant affirmatively states that if on the date and occasion complained of, the subject accident and Plaintiffs' claimed injuries and damages, if any, were caused and brought about in whole or in part by the negligence of a third-party, named or unnamed in the complaint, Defendant relies upon same as a complete or partial bar to Plaintiffs' complaint.

SIXTH DEFENSE

Defendant affirmatively states that if on the date and occasion complained of, the subject accident and Plaintiff's claimed injuries and damages, if any, were caused and brought about in whole or in part by an act of God, Defendant relies upon same as a complete or partial bar to Plaintiffs' complaint.

70089F78-A6D1-4078-98C7-DC760C79978C : 000004 of 000005

SEVENTH DEFENSE

Defendant affirmatively states that if on the date and occasion complained of, the subject accident and Plaintiffs' claimed injuries and damages, if any, were caused and brought about by an intervening and superseding cause of which this Defendant had no control, Defendant relies upon same as a complete bar to Plaintiffs' complaint.

EIGHTH DEFENSE

Defendant affirmatively relies upon all applicable provisions of Kentucky's Motor Vehicle Reparations Act (K.R.S. 304.39-010, *et seq*.) as a complete bar to those relevant portions of Plaintiffs' complaint.

NINTH DEFENSE

Defendant affirmatively states that to the extent that Plaintiffs' medical expenses and lost wages have been paid or are payable by Plaintiffs' basic reparations benefits carrier, the cause of action for recovery of such damage belongs to such carrier, and Defendant relies upon same as a complete bar to those relevant portions of Plaintiffs' claim.

TENTH DEFENSE

Defendant affirmatively states that to the extent that Plaintiffs have failed to mitigate their damages, Defendant relies upon same as a complete bar to those portions of Plaintiffs' claims caused by such failure.

ELEVENTH DEFENSE

Defendant affirmatively relies upon all defenses permitted pursuant to Kentucky's Rules of Civil Procedure 8.03 and 12.02 as complete bars to those relevant portions of Plaintiffs' claims.

70089F78-A6D1-4078-98C7-DC760C79978C : 000005 of 000005

WHEREFORE, Defendant moves for a dismissal of the complaint against him, for his costs incurred herein, and for any and all other relief to which he may appear entitled.

Respectfully submitted,

DANIEL E. MURNER (No. 82715)
ELIZABETH WINCHELL (No. 92088)
LACEY FIORELLA (No. 92006)
LANDRUM & SHOUSE LLP
P. O. Box 951
Lexington, KY 40588-0951
Telephone: (859) 255-2424

BY: /s/Daniel E. Murner
COUNSEL FOR DEFENDANT, OMAR N. VALENZUELA ACOSTA

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2021, the foregoing document was electronically filed with the Clerk of this Court using the KY eCourts eFiling system, which will send notification of such filing to the following:

Daniel E. Murner (dmurner@landrumshouse.com)
Elizabeth Winchell (ewinchell@landrumshouse.com)
Lacey Fiorella (lfiorella@landrumshouse.com)
*Counsel for Defendants*

I further certify that I emailed this document to the following:

A. Nicholas Naiser (nick@naiserlaw.com)
NAISER LAW OFFICE
600 West Main Street, Suite 500
Louisville, KY 40202
*Counsel for Plaintiff*

BY: /s/Daniel E. Murner
COUNSEL FOR DEFENDANT, OMAR N. VALENZUELA ACOSTA

NO. 21-CI-001707

JEFFERSON CIRCUIT COURT
DIVISION NO. 6
JUDGE OLU A. STEVENS

JAMES F. JOHNSON, III and J.J., a minor by and through His father, guardian, and next friend, JAMES F. JOHNSON, III And D.J., a minor by and through his father, guardian, and Next friend, JAMES F. JOHNSON, III and S.J., a minor by And through his father, guardian, and next friend, JAMES F. JOHNSON, III — PLAINTIFFS

v.

NOTICE OF SERVICE OF DISCOVERY RESPONSES
***Electronically Filed***

OMAR N. VALENZUELA ACOSTA and MACER TRANSPORTATION, INC. — DEFENDANTS

*******

Defendants, Omar N. Valenzuela Acosta and Macer Transportation, Inc., hereby give notice of service of responses to requests for admission on May 3, 2021.

Respectfully submitted,

DANIEL E. MURNER (No. 82715)
ELIZABETH WINCHELL (No. 92088)
LACEY FIORELLA (No. 92006)
LANDRUM & SHOUSE LLP
P. O. Box 951
Lexington, KY 40588-0951
Telephone: (859) 255-2424

BY: /s/Daniel E. Murner
COUNSEL FOR DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May, 2021, the foregoing document was electronically filed with the Clerk of this Court using the KY eCourts eFiling system, which will send notification of such filing to the following:

Daniel E. Murner (dmurner@landrumshouse.com)
Elizabeth Winchell (ewinchell@landrumshouse.com)
Lacey Fiorella (lfiorella@landrumshouse.com)
*Counsel for Defendants*

A. Nicholas Naiser (nick@naiserlaw.com)
*Counsel for Plaintiff*

BY: /s/Daniel E. Murner
COUNSEL FOR DEFENDANTS

NO. 21-CI-001707

JEFFERSON CIRCUIT COURT
DIVISION NO. 6
JUDGE OLU A. STEVENS

JAMES F. JOHNSON, III and J.J., a minor by and through His father, guardian, and next friend, JAMES F. JOHNSON, III And D.J., a minor by and through his father, guardian, and Next friend, JAMES F. JOHNSON, III and S.J., a minor by And through his father, guardian, and next friend, JAMES F. JOHNSON, III — PLAINTIFFS

v.

NOTICE TO CIRCUIT COURT OF FILING OF NOTICE OF REMOVAL
***Electronically Filed***

OMAR N. VALENZUELA ACOSTA and MACER TRANSPORTATION, INC. — DEFENDANTS

* * * * *

You are hereby notified of the filing on this 11th day of February, 2022, of a notice of removal in the United States District Court for the Western District of Kentucky, Louisville Division, of the case styled *James F. Johnson, III and J.J., a minor by and through his father, guardian, and next friend, James F. Johnson, III and D.J., a minor by and through his father, guardian, and Next Friend, James F. Johnson, III and S.J., a minor by and through his father, guardian, and next friend, James F. Johnson, III v. Omar N. Valenzuela Acosta and Macer Transportation, Inc.,* Commonwealth of Kentucky, Jefferson Circuit Court, Civil Action Number 21-CI-001707, in accordance with the provisions of 28 USC § 1446 and 28 USC § 1446. Copies of said notice of removal were filed and served herewith.

Respectfully submitted,

DANIEL E. MURNER (No. 82715)
ELIZABETH WINCHELL (No. 92088)
LACEY FIORELLA (No. 92006)
ESTEE ROSE (No. 99038)
LANDRUM & SHOUSE LLP
P. O. Box 951
Lexington, KY 40588-0951
Telephone: (859) 255-2424

BY: /s/Lacey Fiorella
COUNSEL FOR DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February, 2022, the foregoing document was electronically filed with the Clerk of this Court using the KY eCourts eFiling system, which will send notification of such filing to the following:

Daniel E. Murner (dmurner@landrumshouse.com)
Elizabeth Winchell (ewinchell@landrumshouse.com)
Lacey Fiorella (lfiorella@landrumshouse.com)
Estee Rose (erose@landrumshouse.com)
*Counsel for Defendants*

A. Nicholas Naiser (nick@naiserlaw.com)
*Counsel for Plaintiff*

BY: /s/Lacey Fiorella
COUNSEL FOR DEFENDANTS